Evansville Packing Company, appellant, v. Roberts & Oake, Inc., appellee. Gen. No. 28,826.

Action for breach of warranty. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed October 30, 1924.

McArdle & McArdle, for appellant. Mayer, Meyer, Austrian & Platt, for appellee.

Mr. Justice Thomson delivered the opinion of the court.